UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES BUCKLEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CV-33 RLW |
| MOLONEY SECURITIES CO., INC., | ) |
| Defendant. | ) |

**ORDER**

In accordance with the parties' Stipulation of Dismissal with Prejudice (ECF No. 20),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own costs.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   3rd   day of May, 2024.